# UNITED STATES DISTRICT COURT
for the
Western District of Texas

U. S. A. vs. Vincent Lee Presto                                      Docket No. A21-CR-0068-10

## Petition for Action on Conditions of Pretrial Release

COMES NOW   Kyona Stubbs, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Vincent Lee Presto who was placed under pretrial release supervision by the U.S. Magistrate Judge Susan Hightower sitting in the court at Austin, on the 8th day of April 2021 under the following conditions:

See Appearance Bond an Order Setting Conditions of Release dated April 8, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

U.S. Pretrial Services alleges the defendant has violated the following condition(s) of his release:

(7)(m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

On April 30, 2021 and May 6, 2021, the defendant submitted a urinalysis, and the results were presumptively positive for amphetamines. On May 11, 2021, the defendant admitted to U.S. Pretrial Services that he used of methamphetamines. The confirmation testing results are pending.

One of the defendant's condition of release is to participate in a drug evaluation or treatment as directed by Pretrial Services. The defendant has been admonished and warned that any future illicit drug use may result in the revocation of his bond. This officer respectfully recommends that the defendant be allowed to participate in an intensive outpatient treatment program.

The U.S. Attorney's office has been advised of this violation and have agreed of our proposed intensive outpatient treatment course of action at this time. This information is being provided to the Court as information only, and no action is being requested at this time.

Respectfully submitted,

*Kyona Stubbs*

Kyona Stubbs
U.S. Pretrial Services Officer

Place:  Austin, Texas
Date:   May 18, 2021

**ORDER OF COURT**

The Court does concur ✓

The Court does not concur ____

Considered and ordered this <u>19</u>th day of <u>May</u> 2021 and ordered filed and made a part of the records in the above case.

_____
Susan Hightower
U.S. Magistrate Judge